UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Pincus Law Group, PLLC**
jmonari@pincuslaw.com
John Monari, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
ATTORNEYS Selene Finance LP as servicer for MCLP Asset Company, Inc.

Order Filed on June 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Clement S. Leslie aka Clement Sylvester Leslie
DEBTOR

Case No.: 23-12337

Chapter 13

Hearing Date: 06/20/2023

Judge: JNP

| Recommended Local Form | ☑ Followed | ☐ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 23, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Selene Finance LP as servicer for MCLP Asset Company, Inc. under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒Real property more fully described as:

**1058 Charles Street, Vineland, NJ 08360**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the debtor, Non-filing Co-Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, Non-filing Co-Debtors any trustee and any other party who entered an appearance on the motion.

*rev. 11/14/18*